```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF NEW HAMPSHIRE
_____
                              )
United States of America      )
                              )
     v.                       )     1:24-cr-00003-SM-01
                              )
RASHIDAHMED M. CANTAVE        )
_____)
```

**DEFENDANT'S EMERGENCY MOTION TO CONTINUE (ASSENTED-TO BY THE GOVERNMENT)**

NOW COMES, Rashidahmed M. Cantave, through undersigned counsel, who respectfully moves to continue his sentencing hearing for approximately sixty (60) days, which would place this case on the court's docket for February 4, 2025.

As grounds, Mr. Cantave states:

1. He is charged with conspiracy to distribute a controlled drug. His sentencing hearing is presently scheduled for December 4, 2025.

2. Undersigned counsel has experienced a medical emergency in his family; specifically, his father, who has previously suffered from two ischemic strokes in his mid-70s, has been hospitalized. Undersigned counsel plans to take his spouse and children to travel to India on an emergency basis and respectfully request this motion be allowed for this reason.

3. After conferring on November 23, 2025, the Government, through AUSA Heather Cherniske, offered no objection to this motion.

4. Pursuant to Local Rule 12.1(d), defense counsel has consulted with Mr. Cantave about this requested continuance, and defense counsel will deliver a copy of this motion to Mr. Cantave upon its allowance or denial. Mr. Cantave and undersigned counsel recognize the impact of this continuance upon the Court's judicial economy and busy docket, and state in good faith that this request for a continuance has been carefully considered and discussed amongst all parties and is being made in the interests of justice.

WHEREFORE, Mr. Cantave respectfully requests that this Honorable Court grant this emergency motion.

Respectfully Submitted:
RASHIDAHMED M. CANTAVE
By His Attorney, **as Lead Counsel:**

Dated: November 24, 2025

*/s/ Vikas S. Dhar*
Vikas S. Dhar, BBO No. 657539
vikas@dharlawllp.com

DHARLAW llp

Schrafft's Center Powerhouse Bldg.
529 Main Street, Suite P200
Charlestown, Massachusetts 02129
Office: 617.880.6155
eFax: 617.880.6160

Respectfully Submitted:
RASHIDAHMED M. CANTAVE
By his Attorney, **as Local Counsel:**

*/s/ Laurence Cote*
Laurence Cote
NH Bar #5521
131 Dartmouth Street
3rd floor
Boston, MA 02116
(857)205-7172
lbcesq@mac.com

CERTIFICATE OF SERVICE

I, Vikas S. Dhar, counsel for Defendant, hereby certify that a true and accurate copy of this document, and all supporting documents, if any, have been delivered via ECF to all registered parties in this matter, including the United States Attorney's Office for the District of New Hampshire.

*/s/ Vikas S. Dhar*
Vikas S. Dhar, BBO No. 657539